BEFORE THE THIRD DIVISION, JANUARY 15, 1964

No. 68244.—Zaloom Bros. Co. *v.* United States, protest 317156–KS (New York),

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 CCPA 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 68245.—Amco Custom Brokerage Co. *v.* United States, protest 63/975. (Philadelphia).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the applicable customs regulations have now been complied with and following Abstract 47521, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 16, 1964

No. 68246.—R. J. Saunders & Co., Inc. *v.* United States, protests 63/14875 and 63/15106 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of liquid air engines and parts similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.